FILED
CLERK, U.S. DISTRICT COURT
5/7/21
CENTRAL DISTRICT OF CALIFORNIA
BY: NNE DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVAREZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>JEFF LYNCH,<br><br>　　　　　Respondent. | Case No. 8:21-CV-287-JLS (MAR)<br><br>ORDER TO SHOW CAUSE |

　　　On February 11, 2021, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody. ECF Docket No. ("Dkt") 1. On March 12, 2021, Petitioner filed a Supplement to the Petition. Dkt. 9. On March 15, 2021, the Court issued an Order requiring a Response to the Petition be filed not later than April 16, 2021. Dkt. 10. As of this date, Respondent has not complied with the March 15, 2021 Order.

　　　Accordingly, Respondent is **ORDERED TO SHOW CAUSE** in writing, **on or before May 21, 2021**, why Respondent has failed to file an Answer. Respondent is cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

Dated: May 7, 2021

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　HONORABLE MARGO A. ROCCONI
　　　　　　　　　　　　　　　United States Magistrate Judge