UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVAREZ,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>JEFF LYNCH,<br><br>　　　　　　Respondent. | Case No. SACV 21-287-JLS (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated:  August 17, 2022

　　　　　　　　　　　　　　　　　　　_[signature]_____
　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　United States District Judge